UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IKE NJOKU,<br><br>                  Plaintiff,<br><br>     v.<br><br>EVERGREEN SALES AND LEASE,<br><br>                  Defendant. | CASE NO. C17-0282JLR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

       On March 6, 2017, the court entered an order dismissing Plaintiff Ike Njoku's complaint without prejudice for lack of subject matter jurisdiction. (Order (Dkt. # 4).) Nevertheless, the court granted Mr. Njoku 21 days following the entry of that order to file an amended complaint that corrected the deficiencies noted in the court's order and properly alleged some basis for federal court subject matter jurisdiction. (*Id.* at 4-5.) The court warned Mr. Njoku that failure to timely comply with the court's order would result in the dismissal of his complaint "without prejudice and without further notice to him."

ORDER - 1

(*Id.* at 5.)  More than 21 days have passed since the court filed its order, and Mr. Njoku has failed to file an amended complaint or any other response to the court's order.  (*See generally* Dkt.)  Accordingly, the court DISMISSES his complaint WITHOUT PREJUDICE.

Dated this 21st day of April, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2